Fill in this information to identify your case:

Debtor 1 __Omar__ __T__ __Fata__
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2 _____
(Spouse, if filing) First Name　Middle Name　Last Name

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number __18-26927__
(If known)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 07 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

☑ Check if this is an amended filing

## Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments　　12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   $ __100.00__　　☐ With the filing of the petition
   　　　　　　　　☐ On or before this date........ __11-02-2018__
   　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   $ __75.00__　　On or before this date............ __11-15-2018__
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   $ __75.00__　　On or before this date............ __12-13-2018__
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   + $ __85.00__　　On or before this date............ __12-27-2018__
   　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   Total　$ __335.00__　　◄ Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

▪ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

▪ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

▪ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

× _[signature]_　　　　　× _____　　　　× _____
Signature of Debtor 1　　　Signature of Debtor 2　　　　　　Your attorney's name and signature, if you used one

Date __11-27-2018__　　Date _____　　　Date _____
　　　MM / DD / YYYY　　　　　MM / DD / YYYY　　　　　MM / DD / YYYY

Official Form 103A　　　　Application for Individuals to Pay the Filing Fee in Installments

Dear Honorable Judge,

I missed the notice in my form because I was convinced I would be approved for the waiver due to our financial statements, I apologize for this mistake on my behalf. I am starting to send payments on this date because I am a stay-at-home dad and rely on my wife for income and after reviewing we can commit to these dates below. I have filled form 103a to the best of my understanding from what was explained to me from the court.

11/2/2018 $100

11/15/2018 $75

12/13/2018 $75

12/27/2018 $85

Thank you for your understanding,

Omar Fata

Case no 18-26927

C:917-971-0839

O.t.fata@gmail.com

**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court



Date: 11/07/2018

Omar t Fata
2409 Morning Glory Lane
Crest Hill, IL 60403

**Letter to Filer:**

Case Number, *if applicable*: 18 BK 26927

Case Name, *if applicable*: Omar T Fata

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

☐ Unsigned

☐ Debtor(s) or Company check unacceptable

☐ No fee is required

☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)

☐ No form of payment (one of the following is required)
   - Full Filing Fee
   - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
   - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

**CORRECTION(S) REQUIRED**

☐ Alias Summons:

☐ Amended Adversary Complaint:

☐ Adversary Proceeding Coversheet:

☐ Amended Petition to Correct:

Letter to Filer – Page 2

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☑ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

---

**ADDITIONAL INFORMATION:**

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court.**

Mail the required document(s) or payment listed above, including this Letter to my attention at:
United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604

Deputy Clerk    Annette Hamilton

Contact Number    312-435-5682

Updated: 11/22/2017